IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON PUMPHREY | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-11-CV-0624-N-BD |
| RICK THALER, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

In recommendations filed on April 7, 2011 and April 20, 2011, the magistrate judge determined that petitioner did not qualify for *in forma pauperis* status because he has sufficient funds in his inmate trust account to pay the $5.00 filing fee for an application for writ of habeas corpus. After the recommendations were filed, petitioner paid the filing fee. Accordingly, the magistrate judge hereby vacates his recommendations [Docs. #7 & 9]. Petitioner's motions to proceed *in forma pauperis* [Docs. #6 & 8] are denied as moot.

SO ORDERED.

DATED: May 6, 2011.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE