IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON PUMPHREY | § | |
|     Petitioner, | § | |
| VS. | § | NO. 3-11-CV-0624-N-BD |
| RICK THALER, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division | § | |
|     Respondent. | § | |

**RECOMMENDATION REGARDING MOTION TO PROCEED**
***IN FORMA PAUPERIS* ON APPEAL**

A Notice of Appeal has been filed in the above captioned action in which:

(X)    the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.

( )    the District Court has entered a final order in a proceeding pursuant to 28 U.S.C. § 2255.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:

(X)    the party appealing should be GRANTED leave to proceed *in forma pauperis*.

( )    the party appealing is proceeding *in forma pauperis*.

( )    the party appealing should be DENIED leave to proceed *in forma pauperis* for the following reason(s):

    ( )    the Court recommends that the District Court certify, pursuant to Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith;

    ( )    the person appealing is not a pauper because he has paid the appellate filing fee;

    ( )    the person appealing has not complied with the requirements of Rule 24 of the Federal Rules of Appellate Procedure and/or 28 U.S.C. § 1915(a)(1) as ordered by the Court. (See Notice of Deficiency and Order entered on _____).

SIGNED this 3rd day of July, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE